**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:15-CR-225-FDW-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| **Plaintiff,**    ) | |
| ) | |
| v.    ) | **ORDER** |
| ) | |
| PATRICK EMANUEL SUTHERLAND,    ) | |
| ) | |
| **Defendant.**    ) | |
| ) | |

       **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Claire Rauscher, concerning David Duncan on September 22, 2015.  Mr. David Duncan seeks to appear as counsel *pro hac vice* for Defendant Patrick Sutherland.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

       **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED.**  Mr. David Duncan is hereby admitted *pro hac vice* to represent Defendant Patrick Sutherland.

       **SO ORDERED**.

               Signed: September 22, 2015

               David C. Keesler
               United States Magistrate Judge