IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CR-225-FDW-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| PATRICK EMANUEL SUTHERLAND, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed by Claire Rauscher, concerning Monica Shah on September 22, 2015. Ms. Monica Shah seeks to appear as counsel *pro hac vice* for Defendant Patrick Sutherland. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) is **GRANTED.** Ms. Monica Shah is hereby admitted *pro hac vice* to represent Defendant Patrick Sutherland.

**SO ORDERED**.

Signed: September 22, 2015

David C. Keesler
United States Magistrate Judge