UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:15CR225

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| PATRICK EMANUEL SUTHERLAND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon a review of the United States Trial Brief (Doc. No. 22, filed March 11, 2016), the undersigned judicial officer became aware of matters which, if the undersigned continued as presiding judge, could give the appearance of impropriety at later stages of this proceeding.[1]

THEREFORE, *sua sponte*, the undersigned judicial officer recuses from the instant case; and,

FURTHER, the Clerk of Court is directed to re-assign the instant case to another judicial officer in the ordinary course of re-assignment of cases.[2]  The newly assigned judicial officer will set the trial date.

IT IS SO ORDERED.

Signed: March 14, 2016

Frank D. Whitney
Chief United States District Judge

---

[1] For the record, the undersigned does not believe there is an actual issue of impropriety.

[2] While the undersigned apologizes for this recusal so near the April trial date, the undersigned acted rapidly upon learning of the issue from the Government's Trial Brief.