UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00225-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **PATRICK EMANUEL SUTHERLAND,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Judgment of Acquittal on Count Four of the Indictment (#46) and the government's Response in Opposition (#47). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Judgment of Acquittal on Count Four of the Indictment (#46) is placed on for oral arguments at the time of Sentencing. The Clerk of Court is instructed to allot a total of 1.5 hours for oral arguments and sentencing.

Signed: December 5, 2016

Max O. Cogburn Jr
United States District Judge