UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-00225-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PATRICK EMANUEL SUTHERLAND, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Supervision. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government as well as defendant's supervising officer shall respond to defendant's Motion for Early Termination of Supervision (#88) within 14 days.

Signed: October 23, 2020

Max O. Cogburn Jr.
United States District Judge